UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WAYNE CHRISTOPHER WHITE,

                Plaintiff,

  -against-                                        20 **CIVIL** 6222 (SLC)

                                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2022, Mr. White's Motion is GRANTED, the Commissioner's Motion is DENIED, and the ALJ Decision is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings; accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2022

                                                          RUBY J. KRAJICK
                                                          Clerk of Court
                                  BY:
                                                          Deputy Clerk